UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BOSSART, RAYMOND BERRY,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN WILSON, JEFF DARROW, DOES<br>1-100, KING COUNTY,<br><br>                    Defendant. | CASE NO. 2:26-cv-00773-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHOW CAUSE WHY COUNSEL CAN APPEAR, DKT. 7.** |

Plaintiffs move the Court to Order Defendants to prove why they are entitled to be represented by the King County Prosecuting Attorney's Office (KCPA). Plaintiffs contend they have not been served with a "Public Records Index" or notice establishing Defendants Jeff Darrow and John Wilson may be represented by the KCPA, and thus there is no basis to conclude the KCPA represents them. The Court denies the motion.

Plaintiffs' complaint alleges Defendant Darrow is the Director of the King County Department of Assessments and Defendant Wilson is the King County Assessor. The complaint further allege Defendants acting under color or law, assessed and enforced real property taxes against Plaintiffs' real property.

Both Defendants are entitled to be defended by the KCPA in this lawsuit because Plaintiffs sue Defendants for assessing and collecting real property taxes which are acts that fall

ORDER DENYING PLAINTIFF'S MOTION TO SHOW
CAUSE WHY COUNSEL CAN APPEAR, DKT. 7. - 1

within the scope of their duties as King County officials. The King County Code states "The prosecuting attorney shall defend of provide for a defense of, all lawsuits against the county or any of its officers, employees, or agents." King County Code 2.21.090. Plaintiff mentions RCW 4.96.041 to support an argument Defendants must request County counsel before counsel may be provided. But the statute states when a local governmental employee is sued for acts falling within the scope of their duties, the employee may request the local governmental entity provide a defense. The statute does not state an employee must make a request for representation before the county is authorized to provide a defense. The statute also does not state a county is prohibited from providing counsel unless the employee has requested counsel. The Court finds no basis to grant Plaintiffs' motion accordingly **ORDERS**:

    1.      Plaintiffs' motion to show cause, Dkt. 7, is **DENIED**.

    2.      The Clerk shall provide a copy of this order to the parties.

    DATED this 8th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO SHOW
CAUSE WHY COUNSEL CAN APPEAR, DKT. 7. - 2